```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
Baron Wolman,

                    Plaintiff,

        v.                              17-cv-7490 (DAB)
                                        ORDER TO SHOW CAUSE
UrbanDaddy, Inc.,

                    Defendant.
------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/18

DEBORAH A. BATTS, United States District Judge.

On November 14, 2017, Plaintiff filed a Request to Enter Default against Defendant. (ECF No. 8.) On the same day, the Clerk's Certificate of Default as to Defendant was issued. (Id. No. 10.) To date, Plaintiff has failed to move for default judgment against Defendant.

Accordingly, Plaintiff is hereby ORDERED TO SHOW CAUSE why its cause of action against Defendant should not be dismissed for failure to prosecute. See Lyell Theatre Corp. v. Loews Corp., 682 F.2d 37, 42 (2d Cir. 1982) (holding that a district court's authority to dismiss an action for plaintiff's failure to prosecute "cannot seriously be doubted").

If within 30 days of this Order, Plaintiff fails either to (1) show cause, or (2) move for default judgment against Defendant, Plaintiff's cause of action against Defendant shall be dismissed for failure to prosecute. Plaintiff's showing of good cause, if any, shall be made by affidavit.

SO ORDERED.

DATED: January 10, 2018
New York, New York

Deborah A. Batts
United States District Judge